UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 86-0873-Cr-~~DAVIS~~ FAM(s)(s)

UNITED STATES OF AMERICA

vs.

PAUL ACKLEY,

    Defendant.
_____/

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the indictment against the above named defendant.

Respectfully submitted,

_____
JEFFREY H. SLOMAN
UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 2/19/10

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT COURT JUDGE

cc:   U.S. Attorney (Edward C. Nucci, AUSA - 0044.001)
      U.S. Marshal (Deputy Joe Godsk)
      Chief Probation Officer
      Pretrial Services
      DEA (SA Stu Hochfelder)
      IRS (SA Tricia Turner)